February 27, 2023

The Honorable William Young
United States District Court
One Courthouse Way
Boston, Ma. 02210

Dear Judge Young;

      Remaining silent and accepting this sentence without an apology, without expressing regret, without expressing my inner turmoil, would be disingenuous at best. This case is not about me, it is about the victims, who continue to be revictimized and retraumatized whenever someone falls down the rabbit hole, blind to the consequences of their actions. This letter is about remorse, about regret, about shame, about struggle. It's also about a path forward, about treatment, about becoming the best version of myself, and about realizing those goals.

      Reading my presentence report brought with it a wave of emotion – of shame, of regret, of vileness, and of helplessness. I have dealt with depression and self-hatred for most of my life. And, like any mental illness, it had its ebbs and flows, sometimes suffocating and other times just a whisper in the background. Reviewing my report felt like an account of another person, of another lifetime. A person crying out for help, a person engaging in self-sabotage saying whatever abhorrent and outlandish idea that came to mind to push him toward the self-conscious goal of self-destruction. The outcome, given my behavior, seems inevitable. The shock and incredulity of those closest to me speaks only to the stark contrast between my mistakes and my personality and ethics.

      I have spent the past two years aggrieved over the reasons I have been brought before the court. This past year, spent incarcerated, has lent me copious amounts of time to ponder and reflect upon these reasons. Firstly, I would like to apologize to the victims depicted in the material I possessed. As a victim of childhood sexual abuse myself, I know well the deep scars these adverse events incur. This only deepens my shame for my actions to have not addressed these issues and to have instead developed coping mechanisms that led me down a road I felt helpless to deviate from. I would like to apologize to my family, friends and acquaintances who had such high expectations for me, who knew me as upbeat, caring and capable of anything I put my mind to, and who now bear to disappointment and pain of this situation of which they are undeserving. Because it cannot be said enough, I want to reiterate how sorry I am to the victims in this material and whether knowingly or not to have had a part in their continued exploitation. I would like to apologize to the court, to the Commonwealth of Massachusetts and to any other parties I have not mentioned not out of deliberate exclusion, but of ignorance for the reaching impact of my mistakes.

      I was lucky to have had New England Forensic Associates and Dr. Donald Sherak for the time I did to help navigate my mental health issues, addictions and traumas. Their guidance and support were invaluable to building the foundation I have spent the last year strengthening and expanding. And I thank them for their belief in me. The Plymouth County Correctional Facility, where I have been held, offers no such programs or help in these areas. But I wanted my time to

be productive. Thus I took it upon myself to realize the change I hoped I was capable of.  I sought out on my own for my own betterment literature on the topics of sex, pornography and love addictions, trauma, self-help and spirituality and still others on brain neural pathways and neuroplasticity, the brains natural ability for change. Some of the books I have read while being held here are The Porn Trap by Wendy Maltz; Your Brain on Porn by Gary Wilson; Complex PTSD by Pete Walker; Sex Addiction 101 by Robert Weiss; and The Body Keeps the Score by Bessel van der Kolk. Additionally, I began to attend Jewish religious services to connect with my past and gain a spiritual foothold to stand upon in times of stress and need. I have benefited extraordinarily from regular ongoing counseling with the rabbi assigned to the Plymouth County Correctional Center. Noticing my thirst for counseling, insight and betterment, Rabbi Lawrence Silverman increased his visits from monthly to weekly and became a keystone in my relentless search for the best version of myself.

     I was struck to learn that addiction to pornography is a diagnosis recently implemented as a World Health Organization mental health diagnostic tool. I learned that hundreds of well-documented and historically researched studies by neuroscientists have, apparently, determined this condition. I state this, not in any attempt whatsoever to vindicate myself, but to say that it reinvigorates my drive for treatment as it give me hope that there is a path to recovery.

     I implore the Court to consider these facts when proffering a recommendation to the Bureau of Prisons. I would like to continue on the path I have built for myself and for the time I spend incarcerated to not be a period of stagnation and complacency, but of rehabilitation and recovery. That are specific prisons that offer such programs like RDAP and SOTP, one of which is Fort Devens, a facility where my effort and drive will be served well and one close to home where I will be able to keep up with my family ties. Surrounding myself with like-minded individuals working hard toward a common goal would be helpful for me to change. I believe Fort Devens to be such a place. I thank the court for its time and a special thank you to the Honorable Judge Young.

                                                                       Sincerely,
                                                                       Julien Toulotte